Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BROADWAY-LONG BEACH REALTY CORPORATION, Appellant, v. SAMUEL L. FEIBER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ERIC GUGLER, Appellant, v. TWO HUNDRED AND THIRTY-FIVE AND TWO HUNDRED AND THIRTY-SEVEN WEST FIFTIETH STREET CORPORATION, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JAY T. McCOY, Respondent, v. AMERICAN EXPRESS COMPANY and OLIVE WAITE, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ROYAL INDEMNITY COMPANY, Appellant, v. E. GUSMAN & SONS, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DOROTHY M. WRIGHT, Appellant, v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RAE WEISS, Respondent, v. ANNIE SENATE, Also Known as ANNE SENATE, and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RAE WEISS, Respondent, v. ANNIE SENATE, Also Known as ANNE SENATE, and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Transfer Tax upon the Estate of CHARLES F. KIERNAN, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [134 Misc. 868.]

MAURICE GREENSTEIN and Others, as Executors, etc., of SAMUEL GREENSTEIN, Deceased, and MAURICE GREENSTEIN, Appellants, v. THE KNY-SCHEERER CORPORATION OF AMERICA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GUSTAF SUNDELIUS, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ST. JOHN OF VIZZINI and GIOVANNI VERGA SOCIETY, INC., and Others, Appellants, v. MATTEO CAVALLO and Others, Respondents.— Judgment affirmed,